**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
Nevada Bar No. 6587
Arizona Bar No. 21701
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910
JasonC@Hoflandlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Defendant,<br><br>vs.<br><br>RICHARD ANTHONY HERNANDEZ,<br>Defendants | CASE NO. 2:25-cr-00303-CDS-BNW-1 |

**UNOPPPOSED MOTION TO EXPIDITE PRESENTENCE INVESTIGATION REPORT**



HOFLAND & TOMSHECK – Attorneys at Law
228 South 4th Street, 1st Floor
Las Vegas NV 89101
PH: (702) 895-6760 ◊ FAX: (702) 731-6910

## POINTS AND AUTHORITIES

In this unopposed Motion, Defendant Hernandez asks that this Court expedite the preparation of his Presentence Investigation Report (PSR) because Mr. Hernandez may serve more time in pretrial custody than the time this Court imposes at sentencing. Therefore, it is pivotal to get Mr. Hernandez to his sentencing proceeding expeditiously. *See generally United States v. Anderson*, 201 F.3d 1145, 1152 (9th Cir. 2000) (finding that the imposition of a sentence more than that authorized by precedent or criminal judgment "undoubtedly affects substantial rights").

During Mr. Hernandez's change of plea canvass both government and defense counsel requested that the PSR be expedited. (*See* ECF No. 17 (minutes).) This Court directed the parties to work with the Office of Probation on that request and to file a Motion to Expedite.

Contact with the Office of Probation reveals the best way to proceed. Ms. Baker at the Office of Probation stated that an "expedited" PSR is typically a memo with just criminal record and guidelines. Ms. Baker asks whether this suffices for the parties.

Both counsel for Hernandez and the government responded that it will.

Because both parties agree with the Office of Probation's suggestion for expediting the appeal, and there is a risk that, without a prompt resentencing, the effective sentence will be greater than that recommended by the plea agreement, Defendant Richard Hernandez respectfully requests that this Court expedite the creation of Mr. Hernandez's PSR in a matter consistent with that suggested by the Office of Probation.

Dated this 17th Day of July, 2026.

HOFLAND & TOMSHECK

By: */s/ Jason F. Carr*
Jason F. Carr, Esq.
State Bar of Nevada No. 6587
228 South 4th Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 895-6760
Attorney for *Defendant Hernandez*

IT IS SO ORDERED.

DATED: July 20, 2026

UNITED STATES MAGISTRATE JUDGE